JS - 6
E-FILED 2.10.11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BORTEN, an individual, ) | CASE NO. CV 10-03765 MMM (AJWx) |
| Plaintiff, ) | JUDGMENT FOR DEFENDANT |
| v. ) | |
| FEDERAL DEPOSIT INSURANCE ) CORPORATION; OFFICE OF THRIFT ) SUPERVISION; UNITED STATES OF ) AMERICA ) | |
| Defendant. ) | |

On October 29, 2010, defendant United States filed a motion to dismiss plaintiff's first amended complaint. On February 10, 2011, the court issued an order granting defendant's motion and dismissing the action with prejudice. Accordingly,

IT IS ORDERED AND ADJUDGED

    1.    That plaintiff takes nothing by way of her complaint; and

    2.    That the action be, and it hereby is, dismissed.

DATED: February 10, 2011

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE